# United States District Court  FILED

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk

June 26, 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TELEPHONE:
CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6000

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Rufino Santos

Dear Mr. Santos:

RE: MDL 07-1827
In Re TFT-LCD (Flat Panel) Antitrust Litigation

<u>Civil Action No. 1:07CV167; Lynne M. Holtkamp vs. AU Optronics Corp. et al.</u>
<u>Civil Action No. 1:07CV218; William J. Fisher vs. LG Electronics, Inc. et al.</u>

Pursuant to a certified copy of Conditional Transfer Order of the Judicial Panel on Mulitidistrict Litigation filed in this office on <u>June 04, 2007</u> we are notifying you and counsel of record that the above cases are hereby transferred to your court via e-mail with requested PDF documents attached.

Sincerely,
JOHN S. BRUBAKER, CLERK

By:  /s/ Kelly H. Welch
     Deputy Clerk

JSB/kw

cc:  Mr. Michael J. Beck, Clerk
     All Counsel of Record

USCA4 117