MEDIATION, 18AG, CLOSED

## U.S. District Court
## North Carolina Middle District (Durham)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00218-JAB-RAE

FISHER v. LG ELECTRONICS, INC. et al
Assigned to: CHIEF JUDGE JAMES A. BEATY, JR.
Referred to: MAG/JUDGE RUSSELL A. ELIASON
Demand: $0
Lead Docket: None
Related Cases: None
Cases in other court: None
Cause: 28:1331 Fed. Question: Anti-trust

Date Filed: 3/22/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**WILLIAM J. FISHER**    represented by **WILLIAM F. PATTERSON, JR.**
FORMAN ROSSABI BLACK, P.A.
POB 41027
GREENSBORO, NC 27404-1027
336-544-5344
Fax: 336-378-1850
Email: wfp@frb-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**LG.PHILIPS LCD CO., LTD.**

**LG.PHILIPS LCD AMERICA, INC.**

**LG ELECTRONICS, INC.**

**ROYAL PHILIPS ELECTRONICS NV**

**SAMSUNG ELECTRONICS CO.,LTD.**

SAMSUNG SEMICONDUCTOR, INC.

AU OPTRONICS CORPORATION

AU OPTRONICS CORPORATION AMERICA

CHI MEI OPTOELECTRONICS

CHI MEI OPTOELECTRONICS USA, INC.

SHARP CORPORATION

SHARP ELECTRONICS CORPORATION

represented by **DEBBIE WESTON HARDEN**
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
ONE WACHOVIA CTR., STE. 3500
301 S. COLLEGE ST.
CHARLOTTE, NC 28202
704-331-4943
Fax: 704-338-7813
Email: dharden@wcsr.com
*ATTORNEY TO BE NOTICED*

TOSHIBA CORPORATION

MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.

HITACHI, LTD.

HITACHI DISPLAYS, LTD.

HITACHI AMERICA, LTD.

HITACHI ELECTRONIC DEVICES (USA), INC.

SANYO EPSON IMAGING DEVICES CORPORATION

NEC CORPORATION

NEC LCD TECHNOLOGIES, LTD.

IDT INTERNATIONAL LTD.

INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD.

INTERNATIONAL DISPLAY TECHNOLOGY USA, INC.

CHUNGHWA PICTURE TUBES,

LTD.

HANNSTAR DISPLAY CORPORATION

| Filing Date | # | Docket Text |
|---|---|---|
| 3/22/2007 (p.6) | 1 | COMPLAINT *with jury trial demand* against AU OPTRONICS CORPORATION AMERICA, Chi Mei Optoelectronics, CHI MEI OPTOELECTRONICS USA, INC., SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, TOSHIBA CORPORATION, Matsushita Display Technology Co., Ltd., HITACHI, LTD., HITACHI DISPLAYS, LTD., HITACHI AMERICA, LTD., Hitachi Electronic Devices (USA), Inc., Sanyo Epson Imaging Devices Corporation, NEC Corporation, NEC LCD TECHNOLOGIES, LTD., IDT International Ltd., INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD., INTERNATIONAL DISPLAY TECHNOLOGY USA, INC., CHUNGHWA PICTURE TUBES, LTD., HANNSTAR DISPLAY CORPORATION, LG.PHILIPS LCD CO., LTD., LG.PHILIPS LCD AMERICA, INC., LG Electronics, Inc., Royal Philips Electronics NV, SAMSUNG ELECTRONICS CO.,LTD., SAMSUNG SEMICONDUCTOR, INC., AU OPTRONICS CORPORATION ( Filing fee $ 350 receipt number 298263.), filed by William Joe Fisher.(PATTERSON, WILLIAM) (Entered: 3/22/2007) |
| 3/22/2007 (p.34) | 2 | CIVIL COVER SHEET, filed by William Joe Fisher.(PATTERSON, WILLIAM) (Entered: 3/22/2007) |
| 3/22/2007 | | CASE REFERRED to Mediation pursuant to Local Rule 83.9b of the Rules of Practice and Procedure of this Court. Please go to our website form directory for a list of mediators which must be served on all parties. (McClain, Abby) (Entered: 3/22/2007) |
| 4/27/2007 (p.36) | 3 | Summons Issued as to CHI MEI OPTOELECTRONICS USA, INC., SHARP ELECTRONICS CORPORATION, TOSHIBA CORPORATION, HITACHI AMERICA, LTD., HITACHI ELECTRONIC DEVICES (USA), INC., SANYO EPSON IMAGING DEVICES CORPORATION, NEC LCD TECHNOLOGIES, LTD., IDT INTERNATIONAL LTD., LG.PHILIPS LCD CO., LTD., ROYAL PHILIPS ELECTRONICS NV, SAMSUNG SEMICONDUCTOR, INC. (Attachments: # (1) Additional summons# (2) Additional summons# (3) Additional summons# (4) Additional summons# (5) Additional summons# (6) Additionalsummons# (7) Additional summons# (8) Additional summons# (9) Additional |

USCA4 3

| | | |
|---|---|---|
| | | summons# (10) Additional summons)(McClain, Abby) (Entered: 4/27/2007) |
| 4/27/2007 (p.58) | 4 | Notice of Right to Consent. Counsel shall serve the attached form on all parties. (McClain, Abby) (Entered: 4/27/2007) |
| 5/15/2007 (p.59) | 5 | AFFIDAVIT OF SERVICE as to IDT INTERNATIONAL LTD. served on 5/4/2007, answer due 5/24/2007. (Attachments: # (1) Affidavit)(PATTERSON, WILLIAM) (Entered: 5/15/2007) |
| 5/15/2007 (p.63) | 6 | AFFIDAVIT OF SERVICE as to SHARP ELECTRONICS CORPORATION served on 5/7/2007, answer due 5/29/2007; HITACHI AMERICA, LTD. served on 5/7/2007, answer due 5/29/2007; NEC LCD TECHNOLOGIES, LTD. served on 5/7/2007, answer due 5/29/2007; LG.PHILIPS LCD CO., LTD. served on 5/7/2007, answer due 5/29/2007; SAMSUNG SEMICONDUCTOR, INC. served on 5/7/2007, answer due 5/29/2007. (Attachments: # (1) Exhibit # (2) Exhibit # (3) Exhibit # (4) Exhibit # (5) Exhibit) (PATTERSON, WILLIAM) (Entered: 5/15/2007) |
| 5/29/2007 (p.71) | 7 | STIPULATION *for Extension of Time and Proposed Order* by SHARP ELECTRONICS CORPORATION. (HARDEN, DEBBIE) (Entered: 5/29/2007) |
| 6/4/2007 | | Telephone Notice as to the office of attorney Debbie Harden on 6/4/2007, re: [7] Stipulation. This document will be refiled in the form of a motion. (Welch, Kelly) (Entered: 6/4/2007) |
| 6/4/2007 (p.79) | 10 | CONDITIONAL TRANSFER ORDER (CTO-2) transferring this action under 28 U.S.C. 1407 to the Northern District of California. Re: MDL 1827.(Welch, Kelly) (Entered: 6/26/2007) |
| 6/6/2007 (p.80) | 8 | Consent MOTION for Extension of Time to File Answer re [1] Complaint, [7] Stipulation by SHARP ELECTRONICS CORPORATION. (HARDEN, DEBBIE) (Entered: 6/6/2007) |
| 6/9/2007 | | ***Motions Referred: [8] Consent MOTION for Extension of Time to File Answer re [1] Complaint [7] Stipulation to Judge RUSSELL A. ELIASON (Kemp, Donita) (Entered: 6/9/2007) |
| 6/11/2007 (p.87) | 9 | ORDER granting [8] Motion for Extension of Time to Answer re [1] Complaint, as to SHARP ELECTRONICS CORPORATION as set out; Signed by Judge RUSSELL A. ELIASON on 6/11/07. (Welch, Kelly) (Entered: 6/11/2007) |
| | | |

USCA4 4

| 6/26/2007 (p.89) | 11 | MDL Transfer Letter from Clerk's Office sent via e-mail to Northern District of California. (Welch, Kelly) (Entered: 6/26/2007) |

USCA4 5